UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
LAURENT J. EUSTACHE,

                Plaintiff,

  -against-

HOME DEPOT U.S.A., INC.,

                Defendant.
-----------------------------------------------------X

**ORDER**
13-CV-0421 (SJF)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ JAN 31 2013 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On January 22, 2013, *pro se* plaintiff Laurent J. Eustache ("plaintiff") filed a complaint against his former employer, Home Depot U.S.A., Inc., ("defendant"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as codified, 42 U.S.C. §§ 2000e to 2000e-17, accompanied by an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in his declaration in support of his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees, see 28 U.S.C. § 1915(a)(1), plaintiff's application to proceed *in forma pauperis* is granted. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon defendant without prepayment of fees, and to mail a copy of this Order to the *pro se* plaintiff at his last known address.

**SO ORDERED.**

                              s/ Sandra J. Feuerstein
                              _____
                              Sandra J. Feuerstein
                              United States District Judge

Dated: January 31, 2013
       Central Islip, New York